# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133644

JAMES A. ANDERSON, PATRICIA A.
ANDERSON, and APJ PROPERTIES,
LLC,
        Plaintiffs/Counter
        Defendants/Third-Party
        Defendants-Appellees,

v

ELDON E. JOHNSON,
        Defendant/Counter
        Plaintiff-Appellant,
and

NORMA CAMP, JOHN H. REIS,
EUGENE SAENGER, JAMES L.
ELLIOTT, as Trustee of the
James L. Elliott Trust, JOYCE
DUKE, EUGENE N. CHARDOUL,
NAN RUTH CHARDOUL, ROBERT
SILVER, and MARILYN SILVER,
        Third-Party
        Plaintiffs-Appellants,
and

MICHAEL TRESE, and CARON E.
TRESE,
        Third-Party
        Plaintiffs.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133644
COA: 263972
Charlevoix CC: 03-198119-CH

On order of the Court, the application for leave to appeal the January 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

l0723